# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160503(55)(56)

CINDY SCHAAF, COLLEEN M. FRYER, and
GWEN MASON,
        Plaintiffs/Counterdefendants-
        Appellants,

v

CHARLENE FORBES, also known as ANGIE
FORBES,
        Defendant/Counterplaintiff-
        Appellee.
_____/

SC: 160503
COA: 343630
Antrim CC: 2016-009008-CH

       On order of the Chief Justice, the separate motions of the Probate and Estate Planning Section and the Real Property Law Section of the State Bar of Michigan to file briefs amicus curiae are GRANTED. The amicus briefs will be accepted for filing if submitted on or before January 28, 2020.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 7, 2020



Clerk